(98 South. 920)

Gustave JOHNSON et al v. STATE. (1 Div. 265.) (Supreme Court of Alabama. Nov. 22, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed on motion of appellants.

---

(98 South. 920)

Julius KEITH v. STATE. (6 Div. 901.) (Supreme Court of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

PER CURIAM. Appeal abated by death of appellant.

---

(98 South. 920)

James K. KELLEY, Adm'r, v. L. & N. R. R. CO. et al. (4 Div. 95.) (Supreme Court of Alabama. Jan. 24, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. E. O. Baldwin and A. Whaley, both of Andalusia, for appellant. Powell & Reid, of Andalusia, for appellees.

PER CURIAM. Appeal dismissed by appellant.

---

(98 South. 920)

Amos LANGLEY v. STATE. (5 Div. 860.) (Supreme Court of Alabama. Dec. 20, 1923.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge.

SAYRE, J. Affirmed.

---

(97 South. 923)

Ex parte R. H. LETT. (6 Div. 5.) (Supreme Court of Alabama. Oct. 18, 1923.) Certiorari to Court of Appeals. F. F. Windham, of Tuscaloosa, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of R. H. Lett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lett v. State, 19 Ala. App. 298, 97 South. 148. Writ denied.

---

(97 South. 923)

Ex parte Jim LOVE. (6 Div. 992.) (Supreme Court of Alabama. Oct. 11, 1923.) Certiorari to Court of Appeals. Thos. J. Judge and Clarence Mullins, of Birmingham, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Jim Love for certiorari to the Court of Appeals to review and revise the judgment and decision of said

[1] 209 Ala. 672.

Court in the case of Love v. State, 19 Ala. App. 293, 97 South. 126. Writ denied.

---

(98 South. 920)

S. E. MAYHALL v. Wallace HALEY et al. (6 Div. 69.) (Supreme Court of Alabama. Nov. 29, 1923.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Affirmed on certificate.

---

(97 South. 923)

In re Chas. W. NOYD, Administrator, etc. (1 Div. 258.) (Supreme Court of Alabama. Nov. 13, 1923.) Appeal from Probate Court, Mobile County; Price Williams, Judge.

PER CURIAM. Dismissed for want of prosecution.

---

(98 South. 920)

Jessie W. OWSLEY v. L. M. OWSLEY. (5 Div. 873.) (Supreme Court of Alabama. Dec. 20, 1923.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Special Judge. F. Loyd Tate and Geo. F. Smoot, both of Wetumpka, for appellant. Holley & Milner, of Wetumpka, for appellee.

PER CURIAM. Appeal dismissed.

---

(98 South. 920)

Tom PAYNE et al. v. Lula W. WALKER. (8 Div. 573.) (Supreme Court of Alabama, May 15, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(98 South. 921)

J. E. PENNEY v. Chas. E. LATIMER. (6 Div. 16.) (Supreme Court of Alabama. Nov. 27, 1923.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Vassar Allen and Erle Pettus, both of Birmingham, for appellant. Smith, Wilkinson & Smith, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(98 South. 921)

Sallie A. PHILLIPS v. George PHILLIPS. (8 Div. 599.) (Supreme Court of Alabama. Feb. 5, 1924.) Appeal from Probate Court, Morgan County; L. P. Troup, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(98 South. 921)

George ROBERTSON v. STATE. (7 Div. 446.) (Supreme Court of Alabama. Jan. 31, 1924.) Appeal from Circuit Court, Shelby County; W. M. Lackey, Judge. L. H. Ellis and Longshore, Koenig & Longshore, all of Columbiana, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. There is no bill of exceptions. No reversible error appearing upon the record proper, the judgment is affirmed. All the Justices concur.